UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN DAVID MCMURRER, No. 12653-028,

    Petitioner,

v.

WARDEN SPROUL,

    Respondent.

Case No. 21-cv-772-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Brian David McMurrer's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Warden Sproul and against petitioner Brian David McMurrer, and that this case is dismissed.

**DATED:** January 3, 2022

**MARGARET M. ROBERTIE, Clerk of Court**

s/Tina Gray, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**